UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ALEA LONDON, LTD.,
    Plaintiff,

    v.

SCOTTSDALE INSURANCE CO.,
    Defendant.
_____/

No. C 09-2924 PJH

**ORDER APPROVING REQUESTS FOR PLAINTIFF'S AND DEFENDANT'S CORPORATE REPRESENTATIVES TO ATTEND ENE BY PHONE**

ENE Evaluator:   James Fleming

    IT IS HEREBY ORDERED that plaintiff Alea London, Ltd.'s corporate representative, Chris Nielson, and defendant Scottsdale Insurance Co.'s corporate representative, Sarah Costilow, both are excused from personally attending the Early Neutral Evaluation before James Fleming, currently scheduled for February 16, 2010.  Both representatives shall be available to participate by telephone at all times during the ENE, pursuant to ADR Local Rule 6-10.

    IT IS SO ORDERED.

February 5, 2010      By: _____
Dated      Elizabeth D. Laporte
United States Magistrate Judge