LISA A. WILSON (SBN 190392)
BENJAMIN R. LARSON (SBN 235325)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
E-mail: lwilson@selmanbreitman.com
blarson@selmanbreitman.com

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

JOHNNA J. HANSEN, ESQ. (SBN 112631)
MICHAEL H. LEE, ESQ. (SBN 199228)
THARPE & HOWELL
1520 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
Telephone: (818) 205-9955
Facsimile: (818) 205-9944
E-mail: JHansen@tharpe-howell.com
MLee@tharpe-howell.com

Attorneys for Plaintiff
ALEA LONDON, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEA LONDON, LTD.<br><br>Plaintiff,<br><br>v.<br><br>SCOTTSDALE INSURANCE COMPANY and DOES 1 through 100, inclusive<br><br>Defendant. | CASE NO.   CV 09-02924-PJH<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR COMPLETION OF EARLY NEUTRAL EVALUATION<br><br>ADR L.R. 5-5(a) |

WHEREAS this Court entered a Case Management Order on November 20, 2009 requiring completion of an Early Neutral Evaluation within 90 days; and

WHEREAS the completion deadline, based on the November 20, 2009 Case Management Order, is February 18, 2010; and

WHEREAS the Early Neutral Evaluation session is currently scheduled for February 16, 2010; and

WHEREAS the parties have been in advanced settlement discussions and are not far apart

1

in reaching a complete resolution of this case; and

WHEREAS the parties believe that the most economical and efficient way to resolve the case is to allow the parties to continue settlement discussions without the need of incurring the expense of preparing for and conducting the Early Neutral Evaluation; and

WHEREAS the parties agree to conduct the Early Neutral Evaluation session by March 31, 2010 if the parties are unable to reach an informal resolution of the case before that date;

IT IS HEREBY STIPULATED by and between Plaintiff Alea London, Ltd. and Defendant Scottsdale Insurance Company, by and through their respective counsel of record, that the Early Neutral Evaluation deadline is now March 31, 2010.

IT IS SO STIPULATED.

DATED: February 2, 2010         SELMAN BREITMAN LLP

                                By: _____
                                    LISA A. WILSON
                                    BENJAMIN R. LARSON
                                    Attorneys for Defendant
                                    SCOTTSDALE INSURANCE COMPANY

DATED: February 2, 2010         THARPE & HOWELL

                                By: _____
                                    JOHNNA J. HANSEN
                                    MICHAEL H. LEE
                                    Attorneys for Plaintiff
                                    ALEA LONDON, LTD.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 9, 2010         _____
                                Hon. Phyllis J. Hamilton
                                United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton (seal: United States District Court, Northern District of California)*

## PROOF OF SERVICE
Alea London, Ltd. v. Scottsdale Insurance Company, et al.
U.S. District Court, Northern District of California
Case No. CV 09-02924-PJH

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On February 2, 2010, I served the following document(s) described as **Stipulation and [Proposed] Order Extending Deadline For Completion Of Early Neutral Evaluation** on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael Lee, Esq.<br>Johnna J. Hansen, Esq.<br>Tharpe & Howell<br>15250 Ventura Blvd, 9th Floor<br>Sherman Oaks, CA 91403-3221 | Attorneys For Plaintiff ALEA LONDON, Ltd.<br>Tel: (818) 205-9955<br>Fax: (818) 205-9944 |
| James H. Fleming, Esq.<br>Reed Smith<br>1999 Harrison Street, Suite 2400<br>Oakland CA 94612 | Evaluator<br>Tel: (510) 466-6723<br>Fax: (510) 273-8832 |
| Alice Fiel<br>ADR Unit<br>U.S. District Court, Northern District<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | ADR Unit<br>Tel: (415) 522-2199<br>Fax: (415) 522-4112 |

[X] **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to  for delivery to the addressee(s).

[ ] **BY E-MAIL**: I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

[X] **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

186904.1 380.27573

1

1  ☐  **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the
2      offices of the addressee(s).

3  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4  Executed on February 2, 2010, at San Francisco, California.

                                            _____
                                                        SHANNON GAFFEY