JOHNNA J. HANSEN, ESQ. (SBN 112631)
MICHAEL H. LEE, ESQ.    (SBN 199228)
THARPE & HOWELL, LLP
1520 Ventura Blvd., Ninth Floor
Sherman Oaks, California 91403
Telephone:    (818) 205-9955
Facsimile:    (818) 205-9944
E-mail:       JHansen@tharpe-howell.com
              MLee@tharpe-howell.com

Attorneys for Plaintiff
ALEA LONDON, LTD.

LISA A. WILSON          (SBN 190392)
BENJAMIN R. LARSON      (SBN 235325)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone:    (415) 979-0400
Facsimile:    (415) 979-2099
E-mail:       lwilson@selmanbreitman.com
              blarson@selmanbreitman.com

Attorneys for Defendant
SCOTTSDALE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEA LONDON, LTD.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTTSDALE INSURANCE COMPANY and DOES 1 through 100, inclusive<br><br>　　　　Defendant. | CASE NO.    CV 09-02924-PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE DISCLOSURE OF EXPERTS DEADLINE, EXPERT DISCOVERY CUTOFF AND NON-EXPERT DISCOVERY CUTOFF |

　　　　WHEREAS Plaintiff ALEA LONDON LTD. ("ALEA") and Defendant SCOTTSDALE INSURANCE COMPANY ("SCOTTSDALE") have been actively litigating this case and pursuing discovery, while also continuing extensive settlement discussions;

　　　　WHEREAS ALEA and SCOTTSDALE completed the Early Neutral Evaluation on March 3, 2010;

1

1  WHEREAS SCOTTSDALE has served the following seven (7) sets of written discovery to
2  Alea: Request for Production of Documents, Sets One through Three; Interrogatories, Sets One
3  and Two; and Requests for Admission, Sets One and Two.
4  WHEREAS ALEA has responded to SCOTTSDALE's Request for Production, Set One;
5  WHEREAS ALEA has served its Requests for Production, Set One and Notice of
6  Deposition of Person Most Knowledgeable of Scottsdale, which includes 27 categories of matters
7  and information that Alea intends to pursue from Scottsdale;
8  WHEREAS the parties have continued to discuss settlement of this matter;
9  WHEREAS SCOTTSDALE'S most recent settlement offer has narrowed the difference
10 between that offer and ALEA's last settlement demand to $5,000.00;
11 WHEREAS ALEA is considering its response to SCOTTSDALE's offer; and
12 WHEREAS the parties are now only $5,000.00 apart, the parties agree that continuing
13 discovery deadlines will allow the parties to continue settlement discussions without incurring
14 additional, significant attorney's fees to respond to written discovery served by the opposing party
15 and to prepare for depositions;
16 IT IS HEREBY STIPULATED by and between ALEA and SCOTTSDALE, by and
17 through their respective counsel of record, that certain discovery deadlines set by this Court in its
18 November 20, 2009 Case Management and Pretrial Order should be continued as follows:
19   1.  Disclosure of Experts – October 13, 2010 (previously August 9, 2010);
20   2.  Expert Discovery Cutoff – October 27, 2010 (previously September 3, 2010); and
21   3.  Non-Expert Discovery Cutoff – October 27, 2010 (previously September 3, 2010).
22 IT IS SO STIPULATED.

DATED: August 6, 2010                    THARPE & HOWELL

                                         By: _____
                                         JOHNNA J. HANSEN
                                         MICHAEL H. LEE
                                         Attorneys for Plaintiff,
                                         ALEA LONDON, LTD.

DATED: August 6, 2010                     SELMAN BREITMAN LLP

                                          By: _____
                                          LISA A. WILSON
                                          BENJAMIN R. LARSON
                                          Attorneys for Defendant,
                                          SCOTTSDALE INSURANCE COMPANY

**[~~PROPOSED~~] ORDER**

The parties' letter brief dated August 6, 2010 and the Stipulation and Proposed Order to Continue Disclosure of Experts Deadline, Expert Discovery Deadline Cutoff and Non-Expert Discovery Cutoff having been read and considered, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT the August 9, 2010 deadline for the Disclosure of Experts, the September 3, 2010 Expert Discovery Cutoff, and September 3, 2010 Non-Expert Discovery Cutoff are continued to the following dates:

1. Disclosure of Experts – Wednesday, October 13, 2010;
2. Expert Discovery Cutoff – Wednesday, October 27, 2010; and
3. Non-Expert Discovery Cutoff – Wednesday, October 27, 2010.

IT IS SO ORDERED

Dated: 8/11/10



Hon. Phyllis J. Hamilton

# PROOF OF SERVICE

Alea London, Ltd. v. Scottsdale Insurance Company, et al.
U.S. District Court, Northern District of California, Case No. CV 09-02924-PJH

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On August 6, 2010, I served the following document(s) described as

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCLOSURE OF EXPERTS DEADLINE, EXPERT DISCOVERY CUTOFF AND NON-EXPERT DISCOVERY CUTOFF**

on the interested parties in this action as follows:

by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Michael Lee, Esq.<br>Johnna J. Hansen, Esq.<br>Tharpe & Howell<br>15250 Ventura Blvd, 9th Floor<br>Sherman Oaks, CA 91403-3221 | Attorneys For Plaintiff ALEA LONDON, Ltd.<br>Tel: (818) 205-9955<br>Fax: (818) 205-9944 |

☒ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT COURIER:** I caused the above-referenced document(s) to be delivered to  for delivery to the addressee(s).

☒ **BY E-MAIL:** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ **BY FAX:** I transmitted a copy of the foregoing documents(s) via telecopier to the facsimile numbers of the addressee(s), and the transmission was reported as complete and without error.

☐ **BY PERSONAL SERVICE:** I personally delivered such envelope by hand to the offices of the addressee(s).

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 6, 2010, at San Francisco, California.

/S/ LIZA H. CACHERO

186904.1  380.27573

1